# EXHIBIT D



**Dariel Fernandez** ✓
@darielfernandez

🚨 News Alert 🚨

Today I took decisive action to revoke Local Business Tax licenses for businesses illegally engaging in commerce with the Cuban communist dictatorship. Miami-Dade County will not be used as a platform to finance or sustain a regime that represses its people and violates federal law.

After clear warnings and due process, my office is now enforcing the law. Businesses that failed to demonstrate lawful federal authorization are no longer permitted to operate in Miami-Dade County, effective immediately.

This is about accountability, the rule of law, and standing firmly against tyranny. As a Cuban immigrant, I know firsthand the cost of this regime's abuses, and I will not allow our community to be complicit. More enforcement actions will follow.



🚨 Alerta de Noticias 🚨

Hoy tomé acción decisiva para revocar licencias de Impuesto Local a Negocios de empresas que participan ilegalmente en comercio con la dictadura comunista cubana. El condado de Miami-Dade no será utilizado como plataforma para financiar ni sostener a un régimen que reprime a su pueblo y viola la ley federal.

Luego de advertencias claras y un debido proceso, nuestra oficina está haciendo cumplir la ley. Las empresas que no pudieron demostrar autorización federal válida ya no pueden operar legalmente en el condado de Miami-Dade, con efecto inmediato.

Esto se trata de responsabilidad, respeto al estado de derecho y de mantenernos firmes contra la tiranía. Como inmigrante cubano, conozco de primera mano el costo de los abusos de este régimen y no permitiré que nuestra comunidad sea cómplice. Habrá más acciones de cumplimiento.

#MiamiDade #TaxCollector #DarielFernandez #MDCTaxCollector #NewsAlert @RonDeSantis @realDonaldTrump



**THE HONORABLE
DARIEL FERNANDEZ
TAX COLLECTOR**



Miami-Dade County Tax Collector
200 NW 2nd Ave,
Miami, FL 33128
T (305) 375-5448
F (305) 375-4214
mdctaxcollector.gov

## STATEMENT FROM MIAMI-DADE COUNTY TAX COLLECTOR DARIEL FERNANDEZ ON THE REVOCATION OF LOCAL BUSINESS TAX FOR BUSINESSES ENGAGING IN ILLEGAL COMMERCE WITH THE CUBAN COMMUNIST DICTATORSHIP

Miami-Dade County, FL - December 22, 2025. Several weeks ago, my office issued a clear and unequivocal warning: Miami-Dade County would no longer serve as a safe haven for businesses that illegally engage in commerce with the Cuban communist dictatorship. Today, that warning becomes decisive action.

Pursuant to Section 205.0532, Florida Statutes, and Section A-175.1 of the Miami-Dade County Code, the Tax Collector is authorized to revoke or refuse to renew the Local Business Tax of any individual, business, or entity, or its parent company, that is doing business with Cuba in violation of federal law.

In accordance with this authority, my office initiated a formal enforcement process. On October 28, 2025, an initial wave of 75 letters was mailed to businesses suspected of engaging in commerce with the Cuban communist dictatorship. These letters requested documentation demonstrating lawful authorization under federal law, including a specific or general license issued by the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) and/or the U.S. Department of Commerce's Bureau of Industry and Security (BIS).

Of those contacted, 48 businesses responded and provided sufficient documentation or demonstrated that they were not engaged in any business with Cuba. On November 25, 2025, the remaining businesses were sent a second notice via certified mail, return receipt requested, advising that failure to respond would be deemed an indication that they lacked federal authorization and were in violation of federal law, and that their Local Business Tax would be subject to revocation.

After this extended due-process period and in the absence of any further response, my office is now proceeding with the revocation of Local Business Tax, effective today, for the following businesses:

- Havana Sky Travel Inc. (2 locations)
- AMZ Immigration and Multi-Services Corp.
- Global Cargo Corp
- Globi Multiservices Inc. d/b/a Globi Envios
- Managua Travel Agency Inc. d/b/a Cuba Travel & Services
- BM Envios Cargo Corp
- R & R Logistics Customer Freight Solutions LLC
- Leafy Holidays Inc

- JM Services LLC
- Yumury Envios & Travel LLC (2 locations)
- Lucero Services Corp
- OMD Multiservices LLC d/b/a Martinair Travel
- JC Montoya Services Inc
- Latin Logistics LLC d/b/a Avianca Express
- Capote Express Inc
- Pocho Express LLC
- Xcellence Travel Inc
- Via Blanca Multiservice Inc.
- Tu Cuba Multiservices Corp
- Xael Charters Inc. (2 locations)

The revocation of a Local Business Tax is significant. Effective immediately, these businesses may not legally operate in Miami-Dade County. Any business that continues operating without a valid Local Business Tax is subject to additional enforcement actions, including further penalties and legal consequences under applicable law.

As a Cuban emigrant, I know firsthand the suffering inflicted by the Cuban communist regime. That regime has been, is, and will continue to be a threat to the national security of the United States, and Miami-Dade County will not be used as a platform to finance or sustain it.

In the coming weeks, more businesses will be notified, and those that do not comply with the requirements will have their Local Business Tax revoked. This is just the beginning. Our investigations will continue, and my office will not hesitate to take further action where the law requires it. We will act with firmness, responsibility, and unwavering respect for the rule of law.

The time to act is now.

God Bless Miami-Dade County, and God Bless the United States of America

Dariel Fernandez
Miami-Dade County Tax Collector

For more information: mdctaxcollector.gov | Email: press@mdctaxcollector.gov | (305) 375-1541